# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Catherine Thompson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Executempts Southwest Incorporated;<br>EMAC Incorporated,<br><br>　　　　　　Defendants. | No. CV-13-01966-PHX-GMS<br><br>**ORDER** |

   Upon receiving the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 24), review of the same, and good cause appearing,

   **IT IS HEREBY ORDERED** that the parties' motion is granted and this matter is dismissed with prejudice.

   Dated this 11th day of March, 2014.

/s/ G. Murray Snow
G. Murray Snow
United States District Judge